UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JAN 1 2 2016
[signature] CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES LOVETT IVY,

        Defendant.

CR 16-40005

INDICTMENT

Felon in Possession of Firearms

18 U.S.C. §§ 922(g)(1)

The Grand Jury charges:

## COUNT 1.

On or about July 22, 2015, in the District of South Dakota, James Lovett Ivy, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a JP Sauer & Sohn, Model 38H, 7.65mm pistol, bearing serial number 506468, which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2.

On or about July 28, 2015, in the District of South Dakota, James Lovett Ivy, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit:

1. Advantage Arms Inc., Model 422, .22 caliber derringer, bearing serial number 3880;

2. Smith & Wesson, Model 61, .22 caliber pistol, bearing serial number B24684; and

3. Advantage Arms, Model 422, .22 caliber derringer, bearing serial number M3283,

which had all been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

COUNT 3.

From on or about October 2015, and continuing to on or about November 2015, in the District of South Dakota, James Lovett Ivy, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit:

1. Colt, model SAA, .45 caliber revolver, bearing serial number 43709SA;

2. Colt, model Frontier Six Shooter, .44-40 caliber revolver, bearing serial number 339625;

3. Butler Associates, .22 caliber derringer, bearing serial number B72943;

4. Colt, model SAA, .357 magnum caliber revolver, bearing serial number 52898SA;

5. High Standard, model Double Nine, .22 caliber revolver, bearing serial number 1816787;

6. Colt, model SAA, .357 magnum caliber revolver, bearing serial number 53005SA;

7. Colt, .22 caliber derringer, bearing serial number 31691DER;

8. Rossi, .22 caliber derringer, bearing serial number E315585;

9. Colt, model SAA, .45 caliber revolver, bearing serial number 66572SA;

10. Colt, model SAA, .45 caliber revolver, bearing serial number SA62454;

11. Colt, .22 caliber derringer, bearing serial number 2892N;

12. Butler Associates, .22 caliber derringer, bearing serial number 11011;

13. Colt, model Bisley, .32-20 caliber revolver, bearing serial number 323916;

14. J.P. Sauer and Sohn, .22 caliber derringer, bearing serial number 9187;

15. Colt, .22 caliber derringer, bearing serial number 647LDR;

16. Browning, model 1911-22, .22 caliber semi-automatic pistol, bearing serial number 51EZY10193;

17. Colt, .22 caliber derringer, bearing serial number 51980D;

18. Colt, model Peacemaker, .22 caliber revolver, bearing serial number G13040;

19. Colt, model New Frontier, .22 caliber revolver, bearing serial number G13559;

20. Colt, model New Frontier, .22 caliber revolver, bearing serial number G12362;

21. Colt, .22 caliber derringer, bearing serial number 648LDR;

22. D.G.F.M., .22 caliber semi-automatic pistol, bearing serial number 82105;

23. Colt, .22 caliber derringer, bearing serial number 2893N;

24. Butler Associates, .22 caliber derringer, bearing serial number B50172;

25. Colt, .22 caliber derringer, bearing serial number 13958D;

26. Butler Associates, .22 caliber derringer, bearing serial number B72945;

27. Weatherby, model Mark XXII, .22 caliber semi-automatic rifle, bearing serial number J-26498;

28. Winchester, model 59, 12 gauge shotgun, bearing serial number 31709;

29. Savage, model Mark II, .17 caliber rifle, bearing serial number 0421640; and

30. Izhmash, model IZH18MN, .243 caliber rifle, bearing serial number 081855736R,

which had all been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
United States Attorney

By: *[signature]*