# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - SLW | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – November 10, 2016 |

CR16-40005-01

| United States of America | Connie Larson for Jennifer Mammenga |
| Plaintiff, | |
| vs. | |
| James Lovett Ivy | David Stuart |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:00 a.m.

TIME:

11:35 a.m.   Enter change of plea before the Hon. Karen E. Schreier, District Judge, United States District Court, Sioux Falls, SD. Counsel state their appearances for the record.

The Court questions the Defendant. The defendant requests the courtroom be cleared of spectators. The Courtroom is cleared. Defendant addresses the Court. The Court addresses the Defendant.

Spectators return.

11:57 a.m.   Court in recess until 4:30.